Chantharangsy KHAMVONGSA,
Appellant,

v.

Warden Marty ANDERSON, Appellee.

No. 09–1619.

United States Court of Appeals,
Eighth Circuit.

Submitted: Feb. 9, 2010.

Filed: Feb. 23, 2010.

Chantharangsy Khamvongsa, Springfield, MO, pro se.

Cynthia J. Hyde, Asst. U.S. Atty., Springfield, MO (Matt J. Whitworth, Acting U.S. Atty., Kansas City, MO, on the brief), for appellee.

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Chantharangsy Khamvongsa, a federal inmate currently incarcerated in Missouri,

appeals the district court's [1] denial of relief under 28 U.S.C. § 2241. We affirm for the reasons stated by the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable Dean Whipple, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable James C. England, United States Magistrate Judge for the Western District of Missouri.